IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:98CR154 |
| | ) | |
| Plaintiff, | ) | ORDER TO WITHDRAW |
| | ) | OR DESTROY EXHIBITS |
| vs. | ) | |
| | ) | |
| WILLIAM R. DAY, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the government has notified the court to destroy the exhibits in this matter.

Government's Exhibits          Review of Detention          09/04/1998

Pursuant to NECivR 79.1(f) (2), If counsel fail to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 15 days from the date of this order.

IT IS SO ORDERED.

DATED this 28th day of March, 2017.

BY THE COURT'

s/ Joseph F. Bataillon
United States District Judge